# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **1:24-cv-3425**

TROY COVEY,

      Plaintiff,

v.

DECO DENVER SALON LLC, and
DOES 1 through 10 inclusive, whose true names are unknown.

      Defendants.

---

## PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGMENT, FALSIFICTION OF COPYRIGHT MANAGEMENT INFORMATION, AND DEMAND FOR JURY TRIAL

---

Plaintiff, Troy Covey, alleges as follows:

## JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2.     This Court has subject matter jurisdiction over Plaintiff's claim

for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.    This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of Colorado, Defendant's acts of infringement were directed towards the state of Colorado, Defendant caused injury to Plaintiff within the state of Colorado, and Defendant has a physical presence in the state of Colorado.

4.    Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

5.    Plaintiff TROY COVEY ("Covey") is an individual and professional photographer by trade.

6.    Defendant, DECO DENVER SALON LLC ("Deco" or "Defendant") is a Colorado limited liability company with a principal place of business in Denver, Colorado.

7.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes, and, on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein

alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8.      For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

9.      Troy Covey is a successful commercial photographer specializing in beauty photography.

10.     Covey's client list includes *Lune + Aster*, *Briogeo*, *Clinique*, *Target*, *Peloton*, *Versed Skincare*, *e.l.f.*, and *SHAPE Magazine*.

11.     Covey's portfolio of work is available for viewing by the general public at www.troycovey.com ("Covey Website").

12.     Covey licenses his work for a fee.

13.     Troy Covey is the sole author and exclusive rights holder to a close-up photograph of a female model applying a skincare product to her face ("Skincare Photograph").

14.     Attached hereto as Exhibit A is a true and correct copy of the Skincare Photograph.

15.     Troy Covey registered the Skincare Photograph with the United States Copyright Office under Registration Number VAu 1-349-196 with an Effective Date of Registration of March 18, 2019.

16.     Attached hereto as Exhibit B is a true and correct copy of the Registration Certificate VAu 1-349-196 for the Skincare Photograph.

17.     According to its Website, Deco is an "Aveda lifestyle salon" offering hair color and styling services, as well as skincare and spa services. *See generally* www.decodenversalon.com.

18.     Deco manages, operates, and controls the Instagram account @decodenversalon www.instagram.com/decodenversalon ("Defendant's Instagram Account").

19.     On information and belief, Defendant's Instagram account generates content in order to promote Defendant(s)' products and services, attract social media followers and user traffic to the Defendant's main webpage, and generate profit and revenue for the company and its owner(s).

20.     On or about July 30, 2024, Troy Covey discovered his Skincare Photograph copied and published within a collage image on Defendant's Instagram Page with the caption "Your skin called…it's craving a DECO Signature Facial. Book now at decodenversalon.com or call us . . ." ("Infringing Post").

21.     Attached hereto as Exhibit C are true and correct screenshots of

Defendant's Instagram account showing Infringing Post.

    22.    In the Infringing Post, Defendant added their trade name "DECO DENVER SALON," as a watermark in the center of the Skincare Photograph ("Defendant's Watermark"). *See* Exhibit C.

    23.    Troy Covey has never at any point granted Defendant a license or other permission to copy, display, distribute, or otherwise use the Skincare Photograph in the Infringing Post on Defendant's Instagram account or elsewhere.

    24.    Defendant, including its employees, agents, contractors, or others over whom it has responsibility and control, copied and uploaded the Infringing Post to Defendant's Instagram account without Troy Covey's consent or authorization.

    25.    Covey is informed and believes that the purpose of the use of the Skincare Photograph on Defendant's Instagram was to promote and encourage sales of the Deco's services by providing a high-quality, professionally-produced photograph to assist the viewer in visualizing the results that could be achieved through Deco's services.

    26.    On information and belief, Defendant's use of the Skincare Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Skincare Photograph on Defendant's Instagram Account or in any other way.

    27.    On information and belief, the purpose of adding Defendant's

Watermark to the Skincare Photograph as used in the Infringing Post was intended to facilitate and/or conceal Defendant's infringement, leading users to believe that the Skincare Photograph or rights thereto belonged to Defendant Deco.

28.    On information and belief, the purpose of adding Defendant's Watermark to the Skincare Photograph as used in the Infringing Post was to lead users to believe the Skincare Photograph accurately depicted Defendant's services and/or results that could be achieved by utilizing Defendant's services, therefore enticing users to purchase services from Defendant.

29.    Soon after discovering the Infringing Post, Troy Covey, through counsel, reached out to Defendant to have the Skincare Photograph removed and to attempt to resolve this matter without court intervention, but the parties were unable to come to an agreement.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq*

30.    Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

31.    Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Skincare Photograph.

32.    Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Skincare Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated,

posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Skincare Photograph without Plaintiff's consent or authority, by using it in the Infringing Post.

33.    As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount pursuant to 17 U.S.C. § 504(c).

34.    As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

35.    Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

36.    Defendant(s)—including its employees, agents, contractors or others over whom it has responsibility and control—copied and uploaded the Skincare Photograph to Defendant's Instagram account without Troy Covey's consent or authorization.

37.     Deco (including its employees, agents, contractors or others over whom it has responsibility and control) willfully uploaded the Skincare Photograph onto Defendant's Instagram account because Deco knew it did not have permission to use the Skincare Photograph.

COMPLAINT

## SECOND CAUSE OF ACTION
## FALSE COPYRIGHT MANAGEMENT INFORMATION
## 17 U.S.C. § 1202(a)

38.     Covey incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

39.     Defendant (including their employees, agents, contractors or others over whom they have responsibility and control) knowingly and intentionally falsified copyright management information (Defendant's Watermark) related to the Skincare Photograph with the intent to induce, enable, facilitate, or conceal its infringement of the Skincare Photograph.

40.     Specifically, Defendants made an unauthorized copy of the Skincare Photograph, and knowing it was not the rightful copyright owner of the Skincare Photograph, added its own tradename, Deco Denver Salon, to the Skincare Photograph before incorporating the Skincare Photograph in the Infringing Post on the Defendant's Instagram Account.

41.     Defendants conduct constitutes a violation of 17 U.S.C. § 1202(a).

42.     As a result of Defendant's violations of 17 U.S.C. § 1202(a), Covey has sustained significant injury and irreparable harm.

43.     As a result of Defendant's violations of 17 U.S.C. § 1202(a), Covey is entitled to any actual damages and profits attributable to the violations of

17 U.S.C. § 1202(a), or in the alternative, Covey may elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in an amount determined by 17 U.S.C. § 1202(a).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Skincare Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For a finding that Defendants knowingly provided false copyright management information on the Skincare Photograph with the intent to induce, enable, facilitate, or conceal infringement of the Skincare Photograph, pursuant to 17 U.S.C. § 1202(a);

- For an award of statutory damages for each violation of § 1202(a) in a sum pursuant to 17 U.S.C. § 1203(c)(3)(B);

- For costs of litigation and reasonable attorney's fees against Defendant

pursuant to 17 U.S.C. § 505;

- For pre judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: December 10, 2024                    Respectfully submitted,

**/s/ Theodore Sell**
Theodore Sell, Esq.
Bar No. 44571
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*

COMPLAINT

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Troy Covey hereby demands a trial by jury in the above matter.


Dated:          December 10, 2024              Respectfully submitted,


                                               <u>**/s/ Theodore Sell**</u>
                                               Theodore Sell, Esq.
                                               Bar No. 44571
                                               **HIGBEE & ASSOCIATES**
                                               3110 W Cheyenne Ave Ste 200,
                                               North Las Vegas, NV 89032
                                               (813) 710-3013
                                               (714) 597-6559 facsimile
                                               *Counsel for Plaintiff*

COMPLAINT